UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL PEREZ, et al.,
    Plaintiff(s),

vs.      Case No. 8:01-CV-69-T-27MSS

PAVEX CORPORATION,
    Defendant(s).
_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Motion for Reconsideration (Dkt. 177) and Defendant's Response. (Dkt. 178). Plaintiffs' Motion for Reconsideration is GRANTED *in part.*

Plaintiffs have attempted to clarify that paragraph 168 of the Second Amended Complaint was "without limitation as to particular plaintiffs" and that Plaintiffs N. Perez, R. Perez, D. Perez, I. Perez, A. Vazquez-Falero, L. Abrahantes, A. Lluberes, and F. Martinez intended to assert § 1981 claims. The Court concludes, however, that the Second Amended Complaint as to these Plaintiffs does not state a claim for relief under 42 U.S.C. § 1981. Accordingly, Defendant's Motion to Dismiss Plaintiffs N. Perez, R. Perez, D. Perez, I. Perez and A. Vazquez-Falero (Dkt. 40) and Defendant's Motion to Dismiss Plaintiffs L. Abrahantes, A. Lluberes, and F. Martinez (Dkt. 54) are GRANTED. Should these Plaintiffs seek to assert § 1981 claims, they may do so only by leave of Court through an amendment which sets forth those claims distinctly from the employee-plaintiffs.

**DONE AND ORDERED** in chambers this 14th day of February, 2003.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record, Courtroom Deputy

-1-

F I L E   C O P Y

Date Printed: 02/18/2003

Notice sent to:  *BF 01-69*

    ___  Peter F. Helwig, Esq.
         Harris & Helwig, P.A.
         6700 S. Florida Ave., Suite 31
         Lakeland, FL  33813

    ___  Jack Scarola, Esq.
         Searcy, Denney, Scarola, Barnhart & Shipley
         2139 Palm Beach Lakes Blvd.
         P.O. Drawer 3626
         West Palm Beach, FL  33402-3626

    ___  Rosalyn Sia Baker, Esq.
         Searcy, Denney, Scarola, Barnhart & Shipley
         2139 Palm Beach Lakes Blvd.
         P.O. Drawer 3626
         West Palm Beach, FL  33402-3626

    ___  Edmund J. McKenna, Esq.
         Ford & Harrison LLP
         101 E. Kennedy Blvd., Suite 900
         Tampa, FL  33602

    ___  E. Scott Smith, Esq.
         Ford & Harrison
         600 Peachtree at the Circle Bldg.
         1275 Peachtree St., N.E.
         Atlanta, GA  30309

    ___  Jennifer Monrose Moore, Esq.
         Ford & Harrison LLP
         101 E. Kennedy Blvd., Suite 900
         Tampa, FL  33602

    ___  Tracey K. Jaensch, Esq.
         Ford & Harrison LLP
         101 E. Kennedy Blvd., Suite 900
         Tampa, FL  33602