UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL PEREZ, *et al*,

    Plaintiffs

vs.   No. 8:01-CV-0069-T-27MSS

PAVEX CORPORATION, a
Florida Corporation,

    Defendant
_____/

**UNOPPOSED MOTION OF PLAINTIFFS FOR ENLARGEMENT OF TIME**

Plaintiffs in the above entitled action hereby move for an enlargement of time of six (6) business days, until May 23, 2005, to file a response to Defendant's Renewed Motion for Summary Judgment on behalf of Plaintiff Leroy Abrams.

Plaintiffs hereby certify that counsel have conferred pursuant to Local Rule 3.01(g), and that defendant has agreed that this motion for enlargement of time is unopposed.

MEMORANDUM OF LAW

Under Rule 6(b)(1), courts have broad discretion to grant enlargements of time. 4A Wright & Miller, Federal Practice & Procedure §1165; Woods. v. Allied Concord Financial Corp., 373 F.2d 733 (5th Cir. 1967). The moving party need only show good cause for the requested extension, and such motions are normally granted in the absence of bad faith or prejudice to the opposing party. Wright & Miller, *supra.*

Plaintiffs' responses to defendant's summary judgment motions as to Plaintiffs Miguel Perez and Leroy Abrams were originally due on May 2, 2005. Plaintiffs filed their response on behalf of Plaintiff Miguel Perez (Dkt. 335) on that date, but requested an extension of time until May 13, 2005

to file the response on behalf of Mr. Abrams.  Since that time, schedules of counsel and witnesses in other cases have necessitated the scheduling and re-scheduling of numerous depositions during the last week which, in combination with work on a brief to the Eleventh Circuit Court of Appeals, has made it impossible to complete the Memorandum in Opposition to Summary Judgment on behalf of Plaintiff Abrams.  Plaintiffs therefore make this final request for an additional six (6) business days, until Monday, May 23, 2005, to file that response.

WHEREFORE, plaintiffs respectfully request that the time for filing their response to defendant's renewed summary judgment motion as to Plaintiff Leroy Abrams be enlarged by six additional business days, to May 23, 2005.

Respectfully submitted,

_____/s/ Peter F. Helwig_____
Peter F. Helwig, Trial Counsel
Florida Bar No. 0588113
Adria Lynn Silva
Florida Bar No. 0137431
Harris & Helwig, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Telephone:  (863) 648-2958
Facsimile:  (863) 619-8901

Jack Scarola
Florida Bar No. 169440
Searcy, Denney, Scarola, Barnhardt & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33402
Telephone:  (561) 686-6300
Facsimile:  (561) 684-5816

ATTORNEYS FOR PLAINTIFFS

Certificate of Service

  I hereby certify that on this 11th day of May, 2005 the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to Tracey K. Jaensch, Esq. and Jennifer M. Moore, Esq., Ford & Harrison, 101 East Kennedy Boulevard, Suite 900, Tampa, Florida 33602.

               _____/s/ Peter F. Helwig_____
               Peter F. Helwig