UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL PEREZ, *et al,*

    Plaintiffs

vs.                                      No. 8:01-CV-0069-T-27MSS

PAVEX CORPORATION, a
Florida Corporation,

    Defendant
_____/

**NOTICE OF SETTLEMENT OF CLAIMS
OF ANGRIA WALKER AND EMMANUEL WALKER**

    Plaintiffs Angria Walker and Emmanuel Walker hereby give notice that all of their claims in the above entitled action have been resolved by settlement.

                                   Respectfully submitted,

                                   /s/ Peter F. Helwig
                                Peter F. Helwig, Trial Counsel
                                Florida Bar No. 0588113
                                Adria Lynn Silva
                                Florida Bar No. 0137431
                                Harris & Helwig, P.A.
                                6700 South Florida Avenue, Suite 31
                                Lakeland, Florida 33813
                                Telephone:  (863) 648-2958
                                Facsimile:  (863) 619-8901
                                E-mail: pfhelwig@tampabay.rr.com

                                Jack Scarola
                                Florida Bar No. 169440
                                Searcy, Denney, Scarola, Barnhardt & Shipley, P.A.
                                2139 Palm Beach Lakes Boulevard
                                West Palm Beach, FL  33402

Telephone: (561) 686-6300
Facsimile: (561) 684-5816


ATTORNEYS FOR PLAINTIFFS

Certificate of Service

I hereby certify that on this 24th day of January, 2007 the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to Tracey K. Jaensch, Esq. and Jennifer M. Moore, Esq., Ford & Harrison, 101 East Kennedy Boulevard, Suite 900, Tampa, Florida 33602.


_____/s/ Peter F. Helwig_____
Peter F. Helwig