UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL PEREZ; et al,

      Plaintiffs,

v.                                            CASE NO: 8:01-CV-69-T-27MSS

PAVEX CORPORATION, a
Florida Corporation,

      Defendant.
_____/

## ORDER

The Court has been advised by Plaintiffs' Notice of Settlement of Claims of Angria Walker and Emmanuel Walker (Dkt. 383) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that the claims of Plaintiffs Angria Walker and Emmanuel Walker are **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. Defendant's Motions for Summary Judgment as to Plaintiffs Emmanuel Walker and Angria Walker (Dkts. 283, 313) are **DENIED** as moot.

**DONE AND ORDERED** in chambers on this 25th day of January, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record